### 6203.  DAVIS *v.* SKINNER.

RUSSELL, C. J.  There was some evidence upon which the court, sitting both as judge and jury, was authorized to find for the defendant, and in such a case the Court of Appeals is without jurisdiction to disturb the finding, even, though the evidence be weak and unsatisfactory, when the motion for a new trial contains no other assignment of error than the usual general grounds.                    *Judgment affirmed.*

DECIDED AUGUST 6, 1915.

Complaint; from city court of Waynesboro—Judge Davis. November 4, 1914.

*H. Jeff Davis,* for plaintiff.

*Brinson & Hatcher,* for defendant.